UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| **DARLEEN TURNER,** | |
| Debtor. | Bankr. No. 13-17055-elf |

## Debtor's Motion To Redeem Collateral

The Debtor, Darleen Turner, hereby files this motion to redeem her automobile and avers:

1. The debtor is the owner of a 2003 Chevrolet Trail Blazer, VIN 1GNET165936175478 (the "Vehicle") in fair condition.

2. The Vehicle has over 150,000 miles.

3. The debtor estimates the Vehicle has a market value of $1,749. The vehicle needs body work and engine work. The check engine light it on.

6. The Vehicle is subject to a lien believed to be held by Lease and Rental Management Corporation d/b/a Penn Auto Loan.

7. Pursuant to 11 U.S.C. § 722 the debtor may satisfy the lien by paying the creditor the amount of its allowed secured claim, or, in other words, the value of the Vehicle.

WHEREFORE, the debtor requests an order authorizing the redemption of the Vehicle upon a payment of $1,749 together with any additional and supplemental relief that is just and appropriate.

4

Respectfully submitted,

_____
Robert F. Salvin (RFS2522)
Two Bala Plaza, Suite 300
Bala Cynwyd, PA  19004
215-300-2388
215-271-2820 (fax)
rfsalvin@hotmail.com

5