UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| **DARLEEN TURNER,** | |
| Debtor. | Bankr. No. 13-17055-elf |

## Order

AND NOW, this ____ date of _____, 2013, upon consideration of the Debtor's Motion To Redeem Collateral, any response thereto, and after notice and hearing, it is ORDERED and DECREED:

1. The Debtor's 2003 Chevrolet Trail Blazer, VIN 1GNET165936175478, has a fair market value of $1,749.00;

2. Upon payment of $1,749.00 from the debtor to lien holder (presently believed to be Lease and Rental Management Corporation d/b/a Penn Auto Loan) the lien on the debtor's automobile shall be satisfied, and the lien holder shall immediately release the title for the vehicle to the debtor free and clear of its lien.

By the court,

_____
ERIC L. FRANK,
United States Bankruptcy Judge