UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| **DARLEEN TURNER,** | |
| Debtor. | Bankr. No. 13-17055-elf |

Certification of Service

      I, Robert F. Salvin, Esq., certify that on September 19, 2013, I will serve a true and correct copy of Debtor's Motion to Redeem Collateral by first class mail, postage prepaid, upon the following parties:

      Lease and Rental Management
      Attn: Officer, Manager or Agent
      45 Haverhill St.
      Andover, MA  01810

      Glenn Boghosian, Esq.
      Boghosian & Hawkins
      45 Haverhill St
      Andover, MA  01810

      Respectfully submitted,

      _____
      Robert F. Salvin (RFS2522)
      Two Bala Plaza, Suite 300
      Bala Cynwyd, PA  19004
      215-300-2388
      215-271-2820 (fax)
      rfsalvin@hotmail.com