UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**DARLEEN TURNER,**<br><br>　　　　Debtor. | Chapter 7<br>Bankr. No. 13-17055-elf<br><br>Hearing:  Oct. 16, 2013, 10:00 a.m.<br>U.S. Bankruptcy Court<br>900 Market Street<br>2nd Floor, Courtroom No. 1<br>Phila, PA 19107 |

## Notice of Motion, Response Deadline and Hearing Date

The debtor, Darleen Turner, has filed a Motion to Redeem Collateral with respect to a Chevrolet Trail Blazer automobile.  A copy of the motion is attached hereto.

**Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **October 7, 2013,** you or your attorney must do all of the following:

(a).  file an answer explaining your position at:

　　　Clerk, United States Bankruptcy Court
　　　900 Market St., Suite 400
　　　Phila., PA  19107-4299

(b).  mail a copy to the movant's attorney:

　　　Robert F. Salvin, Esq.
　　　Two Bala Plaza, Suite 300
　　　Bala Cynwyd, PA  19004

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank, United States Bankruptcy Judge, **on October 16, at 10:00 a.m.** in Courtroom 1, 900 Market St., 2d Floor, Phila., PA.

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated:  September 16, 2013