UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| DARLEEN TURNER, | |
| Debtor. | Bankr. No. 13-17055-elf |

**Certificate of No Response to Motion to Redeem Collateral**

I, Robert F. Salvin, Esq., certify as follows:

1. On or about September 19, 2013, I served true and correct copies of the debtor's motion to redeem collateral on the lien holder and its attorney by first class mail as indicated in the certificate of service accompanying the motion.

2. I learned subsequently that the motion was received because an agent of the lien holder called to discuss it.

3. The lien holder has declined to file a response, and thus the motion is unopposed.

Respectfully submitted,

_____
Robert F. Salvin (RFS2522)
Two Bala Plaza, Suite 300
Bala Cynwyd, PA  19004
215-300-2388
215-271-2820 (fax)
rfsalvin@hotmail.com